UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Noah J. McCourt, | Court File No. 19-cv-0945 (DSD/HB) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| City of Victoria, | |
| Defendant. | |

WHEREFORE, the above-entitled action against Defendant City of Victoria ("City"), having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties thereto through their undersigned attorneys that:

1. The above-entitled action against the City may be, and hereby is, dismissed with prejudice and without costs or disbursements to any of the parties; and

2. Without further notice, a Judgment of Dismissal with prejudice and without costs or disbursements to any of the parties may be entered herein.

Date: September 4, 2019

s/ Noah J. McCourt
Noah J. McCourt
33 West Lake Street, #404
Waconia, MN 55387
Telephone: 612-203-0684

Plaintiff

Date: September 4, 2019

*s/ Hannah G. Felix*
Hannah G. Felix (#0395562)
LEAGUE OF MINNESOTA CITIES
145 University Avenue West
St. Paul, MN 55103
Telephone: 651-281-1235
Facsimile: 651-281-1298
hfelix@lmc.org

Attorney for Defendant City of Victoria