UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Noah J. McCourt, | Court File No. 19-cv-0945 (DSD/HB) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| City of Victoria, | |
| Defendant. | |

---

This matter is before the Court upon the Stipulation of Dismissal with Prejudice filed by the parties ECF No. 14. Based on the Stipulation,

IT IS ORDERED that this action is hereby dismissed, with prejudice, and without costs or disbursements to any of the parties.

Dated: September 20, 2019

s/David S. Doty
David S. Doty, Judge
United States District Court